UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *

                          *     CRIMINAL NO.: 13-57-JJB-RLB

VERSUS                   *

                          *

JONATHAN J. PERRRY         *

## MOTION TO AUTHORIZE MEDICAL TREATMENT

NOW INTO COURT, comes defendant, Jonathan J. Perry, by and through undersigned counsel, and requests that the Court to authorize medical treatment for him and in support thereof avers as follows:

1.

Defendant has been experiencing kidney pain for weeks causing him great discomfort.

2.

Defendant has requested medical treatment on numerous occasions from the East Baton Rouge Parish Prison where he is being detained.  The only treatment that he has been provided is ibuprofen for pain.  The condition has not improved, the pain persists, and Defendant is concerned that he has a more serious condition that cannot be treated merely with pain medication and that without proper treatment his condition will worsen causing long term damage.

3.

Defendant avers that to deny him medical treatment and force him to continue to live in pain with a possible undiagnosed medical condition is a violation of his rights and will subject him to cruel and unusual punishment.  See U.S. Const. amend. VIII; La. Const. art. 20.

4.

Defendant is therefore requesting the Court to authorize and order the United States Marshall Service to obtain the necessary medical care to treat his condition.

WHEREFORE, Defendant requests this honorable Court to order that the United States Marshall Service seek and obtain medical care necessary to correct the Defendant's medical condition.

Respectfully Submitted:

_____/s/ Rusty M. Messer_____
Rusty M. Messer, La. Bar No. 30634
637 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Tel: (225) 223-6215
Fax: (225) 246-2877
rusty@messerfirm.com

**_Attorney for Defendant,_**
**_Jonathan J. Perry_**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2013 the above and foregoing pleading was electronically served on counsel of record in this matter by the Court's ECF filing system through ECF notification.

_____/s/ Rusty M. Messer_____
RUSTY M. MESSER