UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.: 13-57-JJB-RLB |
| VERSUS | * | |
| | * | |
| JONATHAN J. PERRRY | * | |

## MOTION TO PROHIBIT OFFICERS FROM APPEARING IN UNIFORM AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Jonathan J. Perry, who moves this Court to order that all testifying officers appear in civilian clothing instead of police uniform, and in support thereof avers as follows:

1.

The right to a fair trial is a fundamental liberty secured by the United States Constitution. *Drope v. Missouri*, 420 U.S. 162, 172, 95 S.Ct. 896, 904, 43 L.Ed.2d 103, 113 (1975). In order to implement the presumption, courts must be aware of factors that may diminish the fairness of the fact-finding process. *Estelle v. Williams*, 425 U.S. 501, 503, 96 S. Ct. 1691, 1693, 48 L. Ed. 2d 126 (1976)

2.

As stated by Justice Holmes, "Any judge who has sat with juries knows that, in spite of forms they are extremely likely to be impregnated by the environing atmosphere." *Frank v. Mangum, 237 U.S. 309, at 349, 35 S.Ct. 582, at 595, 59 L.Ed. 969* (dissenting opinion). Close judicial scrutiny is required to measure the effects of a particular practice on the judgment of jurors. *Estelle*, at 1693.  Allowing a testifying officer to appear before the jury in a police uniform would lend heightened credibility to his testimony due to the distinct authority conveyed

by such a uniform. Such heightened credibility is likely to influence the judgment of jurors and, therefore, interfere with the Defendant's right to a fair trial.

3.

Requiring that testifying officers appear in civilian clothing is the most appropriate way for this Court to ensure that Defendant's rights are properly protected. If officers are permitted to appear before jurors in official, police uniform, jurors will naturally be led to lend a heightened sense of credibility to the testimony and Defendant's constitutional rights to a fair trial will be undermined.

**WHEREFORE**, Defendant, Jonathan J. Perry, prays testifying officers be prohibited from appearing in uniform at trial.

Respectfully Submitted:

/s/ Rusty M. Messer
Rusty M. Messer, La. Bar No. 30634
637 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Tel: (225) 223-6215
Fax: (225) 246-2877
rusty@messerfirm.com

*Attorney for Defendant,*
*Jonathan J. Perry*

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2013 the above and foregoing pleading was electronically served on counsel of record in this matter by the Court's ECF filing system through ECF notification.

/s/ Rusty M. Messer
RUSTY M. MESSER