UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.: 13-57-JJB-RLB |
| VERSUS | * | |
| | * | |
| JONATHAN J. PERRRY | * | |

## MOTION TO RECORD ALL SIDEBAR PROCEEDINGS AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, by and through undersigned counsel, comes Defendant, Jonathan J. Perry, who moves this Court to order that all sidebar proceedings conducted in connection with this case be recorded by stenographic means, and in support thereof avers as follows:

1.

Sidebar discussions of various issues commonly occur during the course of any trial. These sidebar discussions often involve important matters like reasons for objections, rulings, and proffers. The Court must make a record of all trial court proceedings, including sidebar discussions, in order to ensure that there is a complete record for review during any potential appellate proceedings.

2.

Appellate review has now become an integral part of the trial system for correctly adjudicating the guilt or innocence of a defendant. *Griffin v. Illinois*, 351 U.S. 12, 18, 76 S. Ct. 585, 590, 100 L. Ed. 891 (1956). A transcript is needed in order to get adequate appellate review of alleged trial errors. *Id*. at 589. Without a complete record, Defendant could not exercise the right to appeal in any meaningful or effective way. *Evitts v. Lucey*, 469 U.S. 387, 401, 105 S.Ct. 830, 83 L.Ed.2d 821 (1985).

3.

A complete, accurate trial transcript by means of stenographic recording is the most appropriate way for this Court to ensure that defendant's rights are properly protected. Failure to accurately and completely record all sidebar proceedings would undermine Defendant's constitutional rights to appeal any adverse findings or rulings made during unrecorded sidebar proceedings. U.S. Const. amends. V and VI.

**WHEREFORE**, Defendant, Jonathan J. Perry, prays all sidebar proceedings conducted in connection with this case be recorded by stenographic means.

Respectfully Submitted:

/s/ Rusty M. Messer
Rusty M. Messer, La. Bar No. 30634
637 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Tel: (225) 223-6215
Fax: (225) 246-2877
rusty@messerfirm.com

*Attorney for Defendant,*
*Jonathan J. Perry*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2013 the above and foregoing pleading was electronically served on counsel of record in this matter by the Court's ECF filing system through ECF notification.

/s/ Rusty M. Messer
RUSTY M. MESSER