UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA   *   CRIMINAL NO. 13-57-JJB-RLB

VERSUS

JEFFREY D. PERRY, ERIC
D. PERRY, JONATHAN J. PERRY,
JERMAINE J. CHAPMAN,
JONATHAN D. JOHNSON,
BLAZE J. FRANKLIN,
CHARLES BOYER, and
EUGENE C. WILLIAMS

**MOTION AND INCORPORATED MEMORANDUM FOR PRE TRIAL HEARING ON THE ADMISSIBILITY AT TRIAL OF HEARSAY DECLARATIONS OF ALLEGED CO-CONSPIRATORS (*JAMES* HEARING)**

NOW INTO COURT, through undersigned counsel, comes the Defendant Eugene C. Williams, who moves this Court for a pre trial hearing on the admissibility at trial of any hearsay statements or declarations of any alleged co-conspirators which the Government intends to introduce at the trial of this case, and in support of this Motion respectfully shows:

1.

Federal Rule of Evidence, Article 801 (d) (2) (E) allows into evidence "a statement by a co-conspirator of a party during the course and in furtherance of the conspiracy" as an exception to the general rule prohibiting hearsay statements.

2.

Based on Pretrial Discovery, undersigned counsel believes that the United States Attorney's Office intends to use co-conspirator statements at the trial of this case.

3.

FRE 801 (d) (2) (E) states that the contents of the statements shall be considered but are not alone sufficient to establish…the existence of the conspiracy and the participation therein of the declarant and the party against whom the statement is offered under subdivision (E).

4.

The Courts have held that the preferred order of proof in determining the admissibility of co-conspirator statements is for the District Court to hold a *James* hearing. See *United States v. James*, 590 F. 2d. 575 (5th Cir. 1979). This hearing should be held before trial.

5.

At the *James* hearing, the Government must prove: 1.) A conspiracy existed; 2.) The Defendant participated in the conspiracy; 3.) An identified hearsay declarant and the Defendant were involved in the same conspiracy; 4.) the statement was made in the course of the conspiracy and; 5.) The statement was

made in furtherance of the conspiracy. See *James,* Supra and *U.S. v. Lopez-Gutierrez*, 83 F. 3d. 1235 (10th Cir. 1996).

6.

Due to the particular circumstances of this case, it is important for this Court to determine whether or not a true conspiracy existed between Mr. Williams, and the other defendants. This is a 21 page, 19 Count Indictment. Mr. Williams is only mentioned twice throughout the Indictment, and his alleged activities only occurred on two dates: October 3rd and October 4th, 2009. The Indictment alleges a conspiracy which took place over a five year period from August 2006 until September 2011. There is also a strong likelihood that many of the statements are confined to a discreet number of Defendants, and do not apply to the Mr. Williams.

7.

A *James* Hearing will assist his Court at the Trial of this matter in that hearsay objections surrounding this alleged conspiracy should be resolved prior to going to Trial. As noted in paragraph 5 above, in order for the co-conspirator statements to be admissible, the Government has to prove they were made in the furtherance of a conspiracy, in the course of the conspiracy and before the conspiracy came to an end. This Court should hold a *James* Hearing to determine the beginning dates and the ending dates of the alleged conspiracy, if the Government can prove such conspiracy existed. Finally, if the Government can prove that, they must show the defendant participated in the conspiracy and that

the hearsay declarant and the particular defendant were involved in the same conspiracy. With the vast number of defendants, a *James* Hearing should be held prior to Trial so that these issues can be resolved.

**RESPECTFULLY SUBMITTED
BY ATTORNEYS:**

**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**


 /s/John S. McLindon
JOHN S. MCLINDON, Of Counsel
LA. Bar Roll No. 19703
12345 Perkins Road, Bldg. 2, Suite 203
Baton Rouge, Louisiana 70810
Telephone: (225) 236-3636
Telecopier: (225) 236-3650
Email: mclindon@lawbr.net
***Attorney for Eugene Williams***

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *     CRIMINAL NO. 13-57-JJB-RLB

VERSUS

JEFFREY D. PERRY, ERIC
D. PERRY, JONATHAN J. PERRY,
JERMAINE J. CHAPMAN,
JONATHAN D. JOHNSON,
BLAZE J. FRANKLIN,
CHARLES BOYER, and
EUGENE C. WILLIAMS

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2013 a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


_____/s/ John S. McLindon_____
**JOHN S. McLINDON**