# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VERSUS | : | CRIMINAL NO. 13-57-JJB-RLB |
| | : | |
| JONATHAN J. PERRY | : | |

## RESPONSE TO DEFENDANT'S MOTION TO REVEAL DEALS OR CONCESSIONS MADE TO POTENTIAL WITNESSES

**NOW INTO COURT**, comes the United States of America, by J. Walter Green, United States Attorney for the Middle District of Louisiana, through Robert W. Piedrahita, Assistant U.S. Attorney, and respectfully responds as follows to the motion filed by Jonathan J. Perry, the defendant, requesting information pertaining to deals or concessions or any other incentive offered to potential witnesses.

1.

Defendant has filed a motion seeking an order directing the United States "to disclose any documents, reports, or evidence relating to deals or concessions offered to any other defendants and potential witnesses" the Government anticipates calling in connection with the defendant's prosecution.

2.

The United States has entered into plea agreements with a number of individuals whom it expects to call as witnesses. At some point before executing their plea agreements, some of those individuals entered into proffer agreements with the United States.

3.

Many of these individuals have shared with the Government their concerns over their safety as well as those of their family members or loved ones because of the cooperation they have furnished and the truthful testimony they will be expected to provide.   The United States has taken measures to address those concerns.

4.

The United States agrees with the defendant that it must disclose to the defendant any documents or evidence relating to deals, incentives, or concessions offered to any witness the Government expects to call.

5.

The United States agrees with the defendant that such information must be timely provided before trial in a manner which would allow the defendant to make effective use of it at trial.   U.S. v. Walters, 351 F.3d 159, 169 (5th Cir. 2003)

6.

The United States will provide information sought by the defendant a week before the scheduled trial date.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
ACTING UNITED STATES ATTORNEY


/s/ Robert W. Piedrahita
Robert W. Piedrahita, LBN 10989
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: robert.piedrahita@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VERSUS | : | CRIMINAL NO. 13-57-JJB-RLB |
| | : | |
| JONATHAN J. PERRY | : | |

# CERTIFICATE OF SERVICE

I hereby certify that, on October 25, 2013, a copy of the foregoing *United States' Response To Defendant's Motion To Reveal Deals Or Concessions Made To Potential Witnesses* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Rusty Messer, counsel for defendant, via the CM/ECF system.

Baton Rouge, Louisiana, this 25th day of October, 2013.

/s/ Robert W. Piedrahita
Robert W. Piedrahita
Assistant United States Attorney